# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE BALSAMO,

    *Petitioner*,

vs.

GENTRY, *et al.*,

    *Respondents.*

2:13-cv-01648-JAD-NJK

**ORDER**

    Petitioner Stephanie Balsamo submitted a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (Doc. 5). The court issued an order directing petitioner to show cause and file such proof she may have to demonstrate that the petition should not be dismissed with prejudice as time-barred (Doc. 7). The court ordered petitioner to respond within 30 (thirty) days and expressly advised her that if she was unable to demonstrate with specific facts and competent evidence that the petition should not be dismissed as time-barred, the petition would be dismissed.

    More than the allotted time has passed, and petitioner has not responded to the court's order in any manner. Accordingly, the petition shall be dismissed with prejudice.

    **IT IS THEREFORE ORDERED** that the petition is **DISMISSED with prejudice** as time-barred.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal with prejudice of the prejudice to be debatable or incorrect.

1 **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and
2 close this case.
3   Dated: May 4, 2015.
4
5   _____
6   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28